IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV378-GCM

| | |
|---|---|
| VANDA LAWANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| U.S. DEPARTMENT OF LABOR, ) | |
| PAMELA QUINN, District Direct, U.S. ) | |
| Department of Labor, and JOHN DOE, ) | |
| Acting Director, Office of the Assistant ) | |
| Secretary for Administrative Management, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court on its own motion. On June 19, 2012, this Court denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* and ordered her to pay the required filing fee within thirty (30) days. (Doc. No. 3). Plaintiff was cautioned that failure to timely remit the full filing fee would subject her complaint to dismissal. It is now October 5, 2012, and Plaintiff has failed to pay the filing fee. . **THEREFORE, IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice.

Signed: October 9, 2012

Graham C. Mullen
United States District Judge